CONRAD C. HOFFMEIR, RELATOR, v. BOARD OF HEALTH OF CITY OF UNION CITY, RESPONDENT.

Submitted May term, 1926—Decided October 7, 1926.

**Offices—Effort to Try Title to an Office by Mandamus—This Cannot be Done, Nor Will the Writ be Granted Where the Facts are in Dispute or the Law is Not Settled.**

On application for writ of *mandamus*.

Before Justices PARKER, BLACK and CAMPBELL.

For the relator, *Robert Carey* and *Harry Lane*.

For the respondent, *J. Emil Walscheid*.

PER CURIAM.

This case comes before the court on a rule to show cause granted by Mr. Justice Minturn, why a writ of *mandamus* should not issue directed to the respondent, requiring it to recognize the relator as a plumber and heating inspector of the city of Union City, and to permit him to perform the duties of such office and directing the payment of his salary as such.

It is too plain for argument, that in these proceedings the relator is making an attempt to try the title to an office. This cannot be done in a *mandamus* proceeding. Nor will the writ be granted, where the facts are in dispute or the law is not settled, as in this case. The rule to show cause is discharged, with costs.